Nick Pritchett #210984
Russell P. Burke #249581
**WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
*E-mail: nick@wjbplawyers.com
russell@wjbplawyers.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ALBERT GEORGE CURTIS, | Case No. 1:12-CV-00949-LJO-GSA |
| Plaintiff, | |
| vs. | |
| VANCARY, INC., aka ROBERT A. CARY & KAREN A. CARY, INC. dba A & W RESTAURANT aka A & W ALL-AMERICAN FOOD aka A & W HAMBURGER; KAREN A. CARY aka KAREN A. CARY, TRUSTEE OF THE KAREN A CARY "CREDIT SHELTER TRUST" AND TRUSTEE OF THE ROBERT A. CARY AND KAREN A. CARY 2008 LIVING TRUST, | STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that:

1

**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

1  WHEREAS, the Complaint in this action was served on Defendants on or about
2  June 26, 2012.

3  WHEREAS, both parties received proof of service of the complaint on two of the
4  Defendants on August 3, 2012.

5  WHEREAS, this is Defendants' first request for an extension of time. However,
6  court approval is required for a further extension of time since the time for filing an answer
7  has elapsed.

8  WHEREAS, Plaintiff and Defendants are in settlement negotiations at this time.

9  WHEREAS, Plaintiff has sent to Defendants a proposed settlement agreement for
10  Defendants' review to settle this case.

11  WHEREAS, Parties agree that settlement of this case would save valuable court
12  time and resources.

13  WHEREAS, Parties have agreed to extend Defendants' time to respond to the
14  complaint until August 24, 2012, in an effort to settle this case, subject to the Court's
15  approval.

16  WHEREAS, this extension does not alter any date or event already set by the Court.

17  THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties,
18  through their respective attorneys of record, that the time for Defendants to answer or
19  otherwise respond to the Complaint shall be extended up to and including August 24, 2012
20  pending court approval.

21  ///
22  ///
23  ///
24  ///
25

*Williams, Jordan, Brodersen & Pritchett LLP*
*2222 West Main Street*
*Visalia, CA 93291*

2
**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

DATED: August 6, 2012

MOORE LAW FIRM, P.C.

_____/s/ Tanya E. Moore_____
Tanya E. Moore, Attorneys for Plaintiff

DATED: August 6, 2012

WILLIAMS, JORDAN, BRODERSEN
 & PRITCHETT

____/s/ Nick A. Pritchett_____
Nick A. Pritchett, Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  **August 7, 2012**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**