1 Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Albert George Curtis

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, | No. 1:12-CV-00949-LJO-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| VANCARY, INC., et al., | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 3, 2012                MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Albert George Curtis

*Curtis v. Vancary, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **October 3, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE